THE SKANEATELES WATER WORKS COMPANY, Appellant, *v.* E. NORMAN LESLIE, as President of said Village and Individually; JOHN CONNELL, EDWIN WHITING and EDWARD DENT, as Trustees of said Village and Individually; LEMUEL D. HALL, EDWARD ECKETT, JAMES A. ROOT and JOHN L. SHULTZ, Individually and as Water Commissioners of the Village of Skaneateles, Respondents.

(Submitted January 22, 1900; decided February 6, 1900.)

Motion for reargument denied, with ten dollars costs. (See 161 N. Y. 626.)

---

BENJAMIN G. ALLEN et al., Respondents, *v.* CHARLES E. STEVENS et al., as Executors and Trustees under the Will of NATHAN F. GRAVES, Deceased, et al., Appellants, Impleaded with SIDNEY B. BREESE, as Administrator, etc., of CATHARINE H. GRAVES, Deceased, et al., Respondents.

(Submitted January 29, 1900; decided February 6, 1900.)

Motion for reargument denied, with ten dollars costs. (See 161 N. Y. 122.)

---

WILLIAM J. UNDERWOOD et al., Executors of EMORY M. VAN TASSEL, Deceased, Respondents, *v.* THE GREENWICH INSURANCE COMPANY, Appellant.

(Submitted January 29, 1900; decided February 6, 1900.)

Motion for reargument denied, with ten dollars costs. (See 161 N. Y. 413.)

---

In the Matter of the Final Judicial Settlement of the Annual Accounts of SAMUEL N. HOYT et al., as Trustees for MARY IRENE HOYT, under the Will of JESSE HOYT, Deceased.

SAMUEL N. HOYT et al., Trustees, etc., et al., Respondents; MARY IRENE HOYT, Appellant.

(Submitted January 22, 1900; decided February 6, 1900.)

Motion for reargument denied, with ten dollars costs. (See 160 N. Y. 607.)